IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW KALMICK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:25-cv-08893 |
| | ) | |
| v. | ) | Hon. Franklin U. Valderrama |
| | ) | |
| CURALEAF, INC., | ) | Magistrate Judge Young B. Kim |
| | ) | |
| Defendant. | ) | |

**DEFENDANT CURALEAF'S _UNOPPOSED_
MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant Curaleaf, by and through its undersigned counsel, moves this Honorable Court for an order extending Defendant's time to answer or otherwise plead to Plaintiff's Complaint by twenty-one (21) days. Plaintiff's counsel has indicated that she does not oppose an extension. In support of this Motion, Defendant states as follows:

1. On July 29, 2025, Plaintiff filed a five-count, one-hundred-and-eight (108) paragraph Complaint against Defendant. (Dkt. 1).

2. On July 31, 2025, Plaintiff filed a Waiver of Service for Defendant, which was returned as executed. (Dkt. 3). Defendant has calculated that it is required to answer or otherwise plead to Plaintiff's Complaint by September 29, 2025. (_Id._)

3. Defendant has been diligently working on reviewing Plaintiff's allegations and responding thereto. Plaintiff's Complaint consists of five counts, with one hundred and eight (108) detailed paragraphs. Given the length of Plaintiff's Complaint and the level of detail included, Defendant requires additional time to review and examine Plaintiff's allegations and to continue coordinating with the multitude of witnesses implicated in the Complaint.

4. In light of this, Defendant respectfully requests an extension of time, of twenty-one (21) days, to respond to Plaintiff's Complaint.

5. Defendant's counsel spoke with Plaintiff's counsel on September 26, 2025, and Plaintiff's counsel indicated that she does not object to this request.

6. This is Defendant's first request for an extension of time.

7. This request will not prejudice any party and is brought in good faith.

8. This Motion is not being brought for purposes of delay.

**WHEREFORE**, Defendant Curaleaf respectfully requests that this Honorable Court grant Defendant an extension of time of twenty-one (21) days to answer or otherwise plead to Plaintiff's Complaint (by October 20, 2025), so as to allow Defendant adequate time to review and assess Plaintiff's lengthy pleading, and for any other such relief as this Honorable Court deems just and appropriate.

Dated: September 29, 2025

Respectfully Submitted,

By: */s/ Heather A. Bailey*

Heather A. Bailey, Esq.
Laurie Smigielski, Esq.
Amundsen Davis, LLC
150 N. Michigan Ave., Ste. 3300
Chicago, Illinois 60601
Phone: (312) 894-3266
Fax: (773) 599-8356
hbailey@amundsendavislaw.com
lsmigielski@amundsendavislaw.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned certified that on September 29, 2025, I electronically filed the foregoing **Defendant Curaleaf's Unopposed Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint** with the Clerk of Court using the CM/ECF system, which will send a notice of the electronic filing to all counsel of record.

By: */s/ Heather A. Bailey*

Heather A. Bailey, Esq.
Amundsen Davis, LLC
150 N. Michigan Ave., Ste. 3300
Chicago, Illinois 60601
Phone: (312) 894-3266
Fax: (773) 599-8356
hbailey@amundsendavislaw.com
*Attorney for Defendant*