**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MATTHEW KALMICK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:25-cv-08893 |
| | ) | |
| v. | ) | Hon. Jeffrey T. Gilbert |
| | ) | |
| CURALEAF, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## <u>MOTION TO WITHDRAW ATTORNEY APPEARANCES</u>

Pursuant to Local Rule 83.17, Attorneys Heather A. Bailey and Laurie I. Smigielski of Amundsen Davis, LLC, move to withdraw their appearances on behalf of Defendant, Curaleaf, Inc. In support of this Motion, they state as follows:

1.  Defendant, Curaleaf, Inc., currently has an appearance on file via Attorneys Heather A. Bailey and Laurie I. Smigielski of Amundsen Davis, LLC. (Doc Nos. 5 and 6).

2.  On March 17, 2026, attorney, Abigail Wallach, with the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., filed her Appearance on behalf of Defendant, Curaleaf, Inc. (Doc No. 36).

3.  As Defendant has retained new counsel, Amundsen Davis, LLC requests leave to withdraw their appearances on behalf of Defendant, Curaleaf, Inc., in this matter.

4.  Abigail Wallach of Ogletree, Deakins, Nash Smoak & Stewart, P.C. will represent Defendant, Curaleaf, Inc., in this action going forward. Amundsen Davis' withdrawal will cause no delay or prejudice, as the Defendant will continue to be represented by other counsel with an appearance on file.

5.      Amundsen Davis' counsel has informed Plaintiff's counsel of this change in attorney representation for Defendant.

WHEREFORE, Amundsen Davis, LLC requests that the Court grant this Motion to Withdraw the appearances of Attorneys Heather A. Bailey and Laurie I. Smigielski of Amundsen Davis, LLC, as attorneys of record for the Defendant, Curaleaf, Inc., in this case. Counsel and Curaleaf, Inc. pray for further and other relief as this Court deems proper and just.

Dated: March 17, 2026                  Respectfully submitted,

By: */s/ Heather A. Bailey*
Heather A. Bailey (ARDC # 6274501)
Laurie I. Smigielski (ARDC # 6297645)
Amundsen Davis, LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
Telephone: (312) 894-3266
Facsimile: (773) 599-8356
hbailey@amundsendavislaw.com
lsmigielski@amundsendavislaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 17, 2026, she electronically filed the foregoing

**MOTION TO WITHDRAW ATTORNEY APPEARANCES** with the Clerk of Court using the

CM/ECF system, which will send a notice of the electronic filing to all counsel of record.


*/s/ Heather A. Bailey*
Heather A. Bailey
Amundsen Davis, LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
Telephone: (312) 894-3266
Facsimile: (773) 599-8356
Hbailey@amundsendavislaw.com